**Opinion filed April 1, 2010**



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00075-CV

_____

## THE AMERICAN AIR POWER HERITAGE MUSEUM, INC., Appellant

## V.

## COMMEMORATIVE AIR FORCE ET AL, Appellees

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV-47,250**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court an agreed motion to dismiss the appeal. The parties state in their motion that all matters in controversy have been settled. The motion is granted, and the appeal is dismissed.

April 1, 2010                                              PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.